FILED
11/2/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUEZ ROBINSON, aka "Lil Smoke" and RASHAD MOSLEY, aka "Rara" | No. **1:21-CR-00676**<br><br>Violation: Title 21, United States Code, Section 841(a)(1)<br><br>**JUDGE CHANG**<br>**MAGISTRATE JUDGE FINNEGAN** |

### COUNT ONE

The SPECIAL MAY 2021 GRAND JURY charges:

On or about July 23, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUEZ ROBINSON, aka "Lil Smoke,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about August 5, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUEZ ROBINSON, aka "Lil Smoke,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about August 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> MARQUEZ ROBINSON, aka "Lil Smoke,"
> and RASHAD MOSLEY, aka "Rara,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY

3