UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21 CR 676 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| MARQUEZ ROBINSON ) | |
| ) | |

## PARTIES' JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant MARQUEZ ROBINSON, by his attorney, Syed Hussian, hereby submit the following status report in the above-captioned case:

1. In November 2021, defendant was charged in an indictment with three counts of distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1). R. 1.

2. Defendant was arrested on August 9, 2022, and his initial appearance and arraignment was held before Magistrate Judge Sunil R. Harjani on August 10, 2022. R. 8. Defendant was released from custody on a $4,500 unsecured bond. R. 10, 11.

3. Rule 16.1 disclosures were made on August 12, 2022. That day, the government provided defense counsel with its initial production of discovery material. On August 24, 2022, the government sent defense counsel a supplemental production of discovery material. The government's Rule 16 discovery production is complete.

1

4. Pretrial motions were due to be filed by November 1, 2022. R. 19. Defendant has not filed any pretrial motions and, at this juncture, does not intend to file any pretrial motions. Defense counsel needs additional time to review and discuss the government's discovery production with defendant.

5. The parties request that the Court schedule this case for a status hearing in approximately 60 days, which will provide defendant and his counsel with additional time to review the discovery material. The parties have no objection to the exclusion of time through the date of the next status hearing. The ends of justice served by such a continuance outweigh the best interests of the public and defendants in a speedy trial.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Jared Jodrey
JARED JODREY
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
312-353-5358