UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21 CR 676 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| MARQUEZ ROBINSON ) | |
| ) | |

**DEFENDANT MARQUEZ ROBINSON'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant Marquez Robinson by and thru his attorney Syed Hussain and moves this Honorable Court to modify the conditions of release to release MARQUEZ ROBINSON from curfew on December 30th, 2022 to January 4th, 2023 to travel to Houston, TX for his birthday and new years. In support hereof, the following is asserted:

1. In November 2021, defendant was charged in an indictment with three counts of distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1). R. 1.

2. Defendant was arrested on August 9, 2022. Defendant's initial appearance and arraignment was held on August 10, 2022, before Magistrate Judge Sunil R. Harjani. R. 8. Defendant was released from custody on a $4,500 unsecured bond. R. 10, 11.

3. Defendant has been compliant with all conditions of pre-trial release.

1

4.     Defendant plans to travel to Houston, TX from December 30th, 2022 to January 4th, 2023 to celebrate his birthday and the new year.

5.     The Assistant US Attorney and the Pre-Trial Services Officer have no objection to the relief requested in this motion.

Wherefore MARQUEZ ROBINSON prays this Honorable Court enter an order modifying the conditions of release to release MARQUEZ ROBINSON from curfew on December 30th, 2022 to January 4th, 2023 to travel to Houston, TX.

Respectfully submitted,

By: /s/ Syed Hussain
Syed H. Hussain, Esq.
Haseeb Legal LLC
420 E Waterside Dr #3004
Chicago, IL 60601
sh@haseeblegal.com
(954) 225-4934

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that the following document: **DEFENDANT MARQUEZ ROBINSON'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** Was served on December 22, 2022 in accordance with Fed. R. Crim. P. 49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

/s/ Syed Hussain
Syed H. Hussain, Esq.
Haseeb Legal LLC
420 E Waterside Dr #3004
Chicago, IL 60601
sh@haseeblegal.com
(954) 225-4934